(May 13, 1987)

■ GARI SCHULTZ, Plaintiff, v COMMAND BUS COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. HERTZ CORPORATION, Third-Party Defendant-Appellant.—On this court's own motion, it is

Ordered that the decision and order of this court dated April 20, 1987, which determined an appeal from an order of the Supreme Court, Kings County (Shaw, J.), dated March 4, 1987, is amended by adding to the decretal paragraph thereof a provision that the third-party action is severed from the main action. Bracken, J. P., Lawrence, Kunzeman and Spatt, JJ., concur.